No. 1790, Misc. STROBLE *v.* MANCUSI, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1807, Misc. DEMILLE *v.* ERICKSON. Sup. Ct. Utah. Certiorari denied. *Arthur H. Nielsen* and *David S. Cook* for petitioner.

No. 1811, Misc. DIAMOND *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 1812, Misc. CARRILLO *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied. *O. R. Adams, Jr.,* for petitioner.

No. 1813, Misc. SMALL *v.* UNITED STATES BOARD OF PAROLE. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for respondent.

No. 1814, Misc. RESERVA *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. *J. Perry Langford* for petitioner.

No. 1815, Misc. BELTOWSKI *v.* YOUNG, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 1817, Misc. VAUGHN *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied. *William J. Burrell* for petitioner.

No. 1833, Misc. JOHNSON *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.